UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-48-RLV-DSC

PHARMACY CORPORATION OF AMERICA, )
                                                                    )
                                        Plaintiff,  )
v.                                                                 )
                                                                    )
BHI, LLC, et. al.,                                 )
                                                                    )
                                        Defendants.  )
_____)

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Benjamin C. Fultz and Jennifer Metzger Stinnett]" (documents ##19-20) filed May 19, 2010. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

      **SO ORDERED**.                             Signed: May 19, 2010

_____
David S. Cayer
United States Magistrate Judge